WR-84,167-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/30/2015 5:16:34 PM
Accepted 12/1/2015 8:05:23 AM
ABEL ACOSTA
CLERK

# TEXAS COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| MICHAEL ESTRADA | § | |
| APPLICANT, | § | |
| | § | |
| v | § | WR-84,167-01 |
| | § | |
| THE STATE OF TEXAS | § | |
| RESPONDENT. | § | |

RECEIVED
COURT OF CRIMINAL APPEALS
12/1/2015
ABEL ACOSTA, CLERK

## MOTION TO RECONSIDER

On November 18, 2015, the court dismissed applicant's first writ of habeas corpus without consideration of the merit. Specifically, notice of dismissal provided by the court cited that applicant filed a computer generated memorandum that does not include a certificate state the number of words in the document.

Notably, despite counsel's oversight the brief used less than a third of the word limit contemplated by Rule 9.4. Counsel attaches a certificates to this motion and asks that the court reconsider the application.

RESPECTFULLY SUBMITTED

THE SPRIGGS LAW OFFICE
1011 S. JACKSON
AMARILLO, TEXAS 79101
TEL.: 806.376.7260
FAX: 806.372.3298
EMAIL: levi.spriggs@gmail.com

/S/ LEVI L. SPRIGGS
BY:    LEVI L. SPRIGGS
       TSBN: 24046894
       ATTORNEY FOR APPLICANT
       MICHAEL RUBEN ESTRADA

CERTIFICATE OF SERVICE

I certify that on November 30, 2015  a true and correct copy of this document was served on the parties listed below in the manner indicated.

/S/ LEVI L. SPRIGGS